IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RONALD P. FOSTER,

     Plaintiff,                  No. CIV S-01-2194 WBS JFM P

     vs.

D. L. RUNNELS,

     Defendants.

_____/

RONALD P. FOSTER,

     Plaintiff,                  No. CIV S-01-2365 GEB DAD P

     vs.

D. L. RUNNELS, et al.,

     Defendants.

_____/

RONALD P. FOSTER,

     Plaintiff,                  No. CIV S-03-1113 DFL JFM P

     vs.

D. L. RUNNELS, et al.,

     Defendants.

_____/

| | | |
|---|---|---|
| 1 | RONALD FOSTER, | |
| 2 | Plaintiff, | No. CIV S-03-1193 GEB JFM P |
| 3 | vs. | |
| 4 | D. L. RUNNELS, et al., | |
| 5 | Defendants. | |
| 6 | _____/ | |
| 7 | RONALD FOSTER, | |
| 8 | Plaintiff, | No. CIV S-04-2557 RRB PAN P |
| 9 | vs. | |
| 10 | M. D. MCDONALD, et al., | |
| 11 | Defendants. | |
| 12 | _____/ | |
| 13 | RONALD FOSTER, | |
| 14 | Plaintiff, | No. CIV S-05-0148 GEB JFM P |
| 15 | vs. | |
| 16 | E. MERAZ, et al., | ORDER |
| 17 | Defendants. | |
| 18 | _____/ | |

Plaintiff, a state prisoner proceeding pro se, has filed letters in each of the above-captioned cases requesting information concerning the status of his partial payments of the filing fee for each action. Plaintiff has also filed requests in each case to consolidate the actions for purposes of fee payment.

Plaintiff was assessed a $150.00 filing fee in each of the above cases. He is hereby informed that as of August 11, 2006, the status of payment in each case is as follows:

Case No. CIV S-01-2194 WBS JFM P – Paid in full

Case No. CIV S-01-2365 GEB DAD P – Paid in full

1         Case No. CIV S-03-1113 DFL JFM P – paid $61.20; bal. due $ 88.80

2         Case No. CIV S-03-1193 GEB JFM P – paid $63.31; bal. due $86.69

3         Case No. CIV S-04-2557 RRB PAN P – paid $54.98; bal. due $95.02

4         Case No. CIV S-05-0148 GEB JFM P – paid $53.53; bal. due $96.47.

5         Plaintiff is further informed that the court will not consolidate any of the above

6 cases, or the payment orders issued, simply for purposes of payment of the filing fees. His

7 request to do so is denied.

8         IT IS SO ORDERED.

9 DATED: August 29, 2006.

                                                UNITED STATES MAGISTRATE JUDGE

12
fost2557.fees